# UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 0 9 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-05-872M |
| | § | |
| CHARLES VICTOR THOMPSON | § | |

## MOTION TO DISMISS COMPLAINT

COMES NOW the United States of America, by Chuck Rosenberg, United States Attorney, and Albert A. Balboni, Assistant United States Attorney for the Southern District of Texas, and hereby moves to dismiss the instant Criminal Complaint.

CHUCK ROSENBERG
United States Attorney

By: _____
Albert A. Balboni
Assistant United States Attorney