AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Charles Victor THOMPSON

**CRIMINAL COMPLAINT**

Case Number: CR. H-05-872M

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 11/3/2005 (Date) in Harris County, in the Southern District of Texas defendant(s) did,

*(Track Statutory Language of Offense)*

Unlawfully Fled to Avoid Prosecution

in violation of Title 18 United States Code, Section(s) 1073.

I further state that I am a(n) Deputy U. S. Marshal (Official Title) and that this complaint is based on the following facts:

See affidavit attached.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Doraliz Ramos
Printed Name of Complainant

Sworn to before me and signed in my presence,

11-4-05
Date

**NANCY JOHNSON**
United States Magistrate Judge
Name of Judge / Title of Judge

at Houston, TX
City / State

_____
Signature of Judge

*[Filed stamp: NOV 04 2005, Michael N. Milby, Clerk of Court, United States Courts Southern District of Texas]*

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR
## UNLAWFUL FLIGHT TO AVOID PROSECUTION

I, Doraliz Ramos, having been duly sworn, do depose and state the following:

1. I am employed as a Deputy United States Marshal of the United States Marshals Service and have served in this capacity for approximately thirteen (13) years. I am stationed in the Southern District of Texas, Houston Division.

2. This Affidavit is in support of a complaint for unlawful flight to avoid prosecution against Texas Department of Corrections death row inmate CHARLES VICTOR THOMPSON.

### *STATEMENT OF PROBABLE CAUSE*

3. CHARLES VICTOR THOMPSON was convicted of murdering in April of 1999 his ex-girlfriend Dennise Hayslip and her new boyfriend, Darren Keith Cain. CHARLES VICTOR THOMPSON was re-sentence by a jury October 28, 2005 to death.

4. Affiant certifies that the United States Marshals Service and the Gulf Coast Violent Offenders Task Force, under special apprehension authority of the United States Attorney General as delegated to the United States Attorney pursuant to the National Anti-Violent Crime Initiative with Harris County Sheriff's Department is conducting a criminal fugitive investigation against CHARLES VICTOR THOMPSON, in connection with violations of escape under Section 38.06 of the Texas Penal Code.

5. Information obtained by field investigators last night reveled the connections between THOMPSON and various individuals in support of the abolition of the death penalty. Affiant determined through interviews that at this time CHARLES VICTOR THOMPSON has crossed state lines and is in-route to a foreign country.

## CONCLUSION

Based on the information set forth above, this Affiant is of the opinion that there is probable cause to believe that CHARLES VICTOR THOMPSON has violated the law by crossing state lines to avoid apprehension and for that reason this complaint is imperative.

_____
Doraliz Ramos
Deputy U.S. Marshal

Sworn to and subscribed before me on this ____th day of November, 2005.

_____
Nancy Johnson
UNITED STATES MAGISTRATE JUDGE